UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

THE MUNDIAL GROUP INC.

                Plaintiff                25-cv-5222 (ALC)

    -against-                          ORDER

MUNDIAL MEDIA INC.

                Defendant.

------------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

        On October 2, 2025, Defendant (Mundial Media Inc.) filed a letter motion for a conference ahead of filing a motion to stay this matter pending a related opposition proceeding before the United States Patent and Trademark Office's Trademark and Trial Appeal Board ("TTAB"). ECF No. 11. On October 7, 2025, Plaintiff (The Mundial Group Inc.) responded opposing Defendant's request for a conference and a motion to stay. ECF No. 12.

        On October 22, 2025, Plaintiff wrote to the Court with a decision from TTAB suspending Defendant's proceeding. ECF No. 20. On October 22, 2025, Defendant filed a letter stating that TTAB's suspension of proceedings is more akin to a customary pause and noting that the motion to suspend had not yet been decided on the merits.

        By October 24, 2025, Defendant is ordered to respond to ECF No. 12 with case law supporting the position that this matter be stayed.

SO ORDERED.

Dated:  October 22, 2025
           New York, New York

                                                        ANDREW L. CARTER, JR.
                                                        United States District Judge