UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------- x
:
The Mundial Group, Inc., :
              Plaintiff, :
:
    -against- :    1:25-cv-05222-ALC
:
Mundial Media Inc., : :    **AMENDED ORDER**
             Defendants. :
:
:
-------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

The Court will conduct a telephone status conference in this action on November 10, 2025 at 2 pm to sort through the issues raised by the outstanding letter motion. ECF No. 11. The Parties should contact the Court at 1-855-244-8681 (access code: 2305 3700 226#) on the date and time specified above.

**SO ORDERED.**

Dated: November 5, 2025

      New York, New York

                                                              **ANDREW L. CARTER, JR.**
                                                              **United States District Judge**