UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

THE MUNDIAL GROUP INC.

                        Plaintiff            25-cv-5222 (ALC)

        -against-               ORDER

MUNDIAL MEDIA INC.

                      Defendant.

------------------------------------------------------------ x

**ANDREW L. CARTER, JR., United States District Judge:**

      As discussed during the November 10, 2025 telephonic conference, the Parties are ORDERED to submit a joint status report by November 20, 2025 with regard to settlement, whether the Parties would like assistance in settlement, and with any updates from TTAB.

**SO ORDERED.**

Dated: November 12, 2025
       New York, New York

                                                      **ANDREW L. CARTER, JR.**
                                                      **United States District Judge**