

November 18, 2025

<u>Via ECF and email ALCarterNYSDChambers@nysd.uscourts.gov</u>

The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square, Courtroom 444
New York, New York 10007

      **Re:**   *The Mundial Group, Inc. v. Mundial Media Inc.*, 1:25-cv-05222-ALC
              Re- Joint Request for Extension of Time to Facilitate Further Settlement
              Discussions

Dear Judge Carter:

      This office represents The Mundial Group, Inc. ("Plaintiff") in the above referenced matter ("Action"). Counsel for the parties have agreed that Plaintiff may have thirty-day extensions of time from this coming Friday, November 21, 2025 to file both its Reply to Defendant's Counterclaims (ECF No. 24) and its First Amended Complaint (with Defendant Mundial Media Inc. reserving all rights in response thereto) so that the parties may further explore settlement. The parties' proposed deadline with respect to each is December 22, 2025.

      No previous such requests have been made. No Scheduling Order has yet been made.

      Counsel for the defendant consent to the contents of this letter.

      We thank the Court for its time and consideration of the above.

                                 Sincerely,

                                 Alan M. Kindred

cc:    Joshua M. Dalton
        Morgan, Lewis & Bockius LLP

LEECH TISHMAN ROBINSON BROG, PLLC
One Dag Hammarskjöld Plaza  |  885 Second Avenue, 3rd Floor  |  New York, NY 10017  |  T: 212.603.6300  |  F: 212.956.2164

leechtishman.com

*Counsel to Defendant*
One Federal Street
Boston, MA 02110-1726
Direct Dial: 1.617.951.8284
Main: 1.617.341.7700
Fax:    1.617.341.7701
josh.dalton@morganlewis.com

Katherine Soule
Morgan, Lewis & Bockius LLP
*Counsel to Defendant*
One Federal Street
Boston, MA 02110-1726
Direct Dial: 1.617.341.7543
Main: 1.617.341.7700
Fax: 1.617.341.7701
katherine.soule@morganlewis.com

John ("Jack") Hendershott
Morgan, Lewis & Bockius LLP
*Counsel to Defendant*
101 Park Avenue
New York, NY 10178-0060
Direct Dial: 1.212.309.695
Main: 1.212.309.6000
Fax: 1.212.309.6001
jack.hendershott@morganlewis.com

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

11/19/25