**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
THE MUNDIAL GROUP, INC.,

                         Plaintiff,

          -against-

MUNDIAL MEDIA INC.,

                        Defendant.
-----------------------------------------------------------------X

**25 Civ. No. 5222 (ALC)**

**<u>PRE-SETTLEMENT</u>**
**<u>CONFERENCE ORDER</u>**

**GARY STEIN, United States Magistrate Judge:**

This action is scheduled for a Pre-Settlement Conference Call on **<u>Wednesday, January 7, 2026 at 2:00 p.m.</u>**, to discuss the scheduling of and preparation for a Settlement Conference. The parties are directed to consult the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein.  Counsel are directed to join the conference via Microsoft Teams at the scheduled time.  **Please dial (646) 453-4442, Access Code: 325 825 830#.**  Prior to the call, counsel are directed to confer with each other and their clients so that, during the call, they can propose three mutually convenient dates for a Settlement Conference.

       **SO ORDERED.**

DATED:     New York, New York
             December 4, 2025

                                   _____
                                   The Honorable Gary Stein
                                   United States Magistrate Judge